**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Latrenda Dinote FLEMING, Defendant–Appellant.**

No. 13–7668.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 21, 2014.

Decided: Jan. 24, 2014.

Latrenda Dinote Fleming, Appellant Pro Se. Paul Nathanson, Office of the United States Attorney, Karen Ledbetter Taylor, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Latrenda Dinote Fleming appeals the district court's order denying her self-styled Fed.R.Crim.P. 36 motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Fleming,* No. 1:10–cr–00449–AJT–1 (E.D.Va. filed Sept. 10, 2013; entered Sept. 11, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore this court and argument would not aid the decisional process.

*AFFIRMED.*